# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :   No. 454 WAL 2019

        Respondent            :

                                :   Petition for Allowance of Appeal
                                :   from the Order of the Superior Court

          v.                    :

                                :

MICHAEL J. ANDERSON,          :

                                :

        Petitioner             :


## ORDER


**PER CURIAM**

      **AND NOW**, this 2nd day of June, 2022, the Petition for Allowance of Appeal is **DENIED**.